

**RECEIVED**

2/13/09

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLIN ROSS BRIESE, ET AL. | * | CIVIL NO. 08-1884 |
| VERSUS | * | JUDGE TRIMBLE |
| CONOC PHILLIPS CO., ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER OF REMAND

For the reasons stated in the Memorandum Ruling issued this date,

**IT IS ORDERED** that this action be **REMANDED** to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

This Order shall be **STAYED** for fifteen days from the date of issuance. Any appeal to the District Judge must be filed within fifteen days from the date of this Order. If an appeal is taken to the District Judge, the Order shall remain stayed until the appeal is decided. If no timely appeal is filed, the Clerk shall remand the action forthwith.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on ~~January~~ February 3~~0~~, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE